UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
:
TRACY JOHNSON,                                    :
:           CASE NO. 1:14-CV-01884
            Plaintiff,            :
:
v.                                                :           OPINION & ORDER
:           [Resolving Docs. 1, 13]
CAROLYN W. COLVIN, ACTING       :
COMMISSIONER OF SOCIAL          :
SECURITY ADMINISTRATION,        :
:
:
            Defendant.            :
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

      On March 16, 2015, Magistrate Judge Nancy A. Vecchiarelli recommended that the Court affirm the Commissioner of Social Security's denial of Plaintiff Tracy Johnson's application for period of disability, disability insurance benefits, and supplemental security income.[1]  Plaintiff Johnson has not filed any objection to the Report and Recommendation.  The Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **AFFIRMS** the Commissioner's decision.

      The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[2]  Parties must file any objections to a Report and Recommendation within fourteen days of service.[3]  Failure to object within that time waives a party's right to appeal the Magistrate Judge's

---

[1] Doc. 13.
[2] 28 U.S.C. § 636(b)(1).
[3] N.D. Ohio L.R. 72.3(b).

Case No. 1:14-CV-01884
Gwin, J.

recommendation.[4/] Absent objection, a district court may adopt the Magistrate Judge's report without review.[5/] Moreover, having conducted its own review of the complaint[6/] and briefing,[7/] the Court agrees with the conclusions of the Magistrate Judge.

Accordingly, the Court **ADOPTS** Magistrate Judge Vecchiarelli's findings of fact and conclusions of law and incorporates them fully herein by reference. The Court **AFFIRMS** the Commissioner's decision.

IT IS SO ORDERED.


Dated: April 1, 2015               s/          *James S. Gwin*
                                   JAMES S. GWIN
                                   UNITED STATES DISTRICT JUDGE

---

[4/]*Id.*; see Thomas v. Arn, 474 U.S. 140, 145 (1985); United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981).

[5/]*Thomas*, 474 U.S. at 149.

[6/]Doc. 1.

[7/]Doc. 11 (Plaintiff Johnson's briefing); Doc. 12 (Commissioner's briefing).